No. 44996.—Protest 14698–K of Taiyo Trading Co., Inc. (New York).

Opinion by OLIVER, P. J.  It was stipulated that the merchandise consists of cabinets in chief value of wood similar to those the subject of Abstract 37636. The claim at 33⅓ percent under paragraph 412 was therefore sustained.

No. 44997.—Protest 823596–G of Wm. Shaland (New York).

Opinion by OLIVER, P. J.  In accordance with stipulation of counsel the merchandise in question was held dutiable as follows: (1) uninflated rubber balls or so-called beach balls similar to those the subject of *United States* v. *Woolworth* (24 C. C. P. A. 338, T. D. 48770) at 30 percent under paragraph 1502; (2) squawker balloons, cigarette whistles, and novelties in part of bamboo at 45 percent under paragraph 409, Abstracts 40493 and 39509 followed; (3) trick daggers at 45 percent under paragraph 397, Abstract 37637 followed; (4) wooden cabinets like those the subject of Abstract 37636 at 33⅓ percent under paragraph 412; and (5) tin kazoos, siren whistles and horns, and metal puzzles at 45 percent under paragraph 397, Abstracts 32264, 40480, and 38029 followed.

No. 44998.—Protest 770598–G of Wm. Shaland (New York).

Opinion by OLIVER, P. J.  In accordance with stipulation of counsel the merchandise in question was held dutiable as follows: (1) squawker balloons in part of bamboo at 45 percent under paragraph 409, Abstract 40493 followed; (2) trick daggers like those involved in Abstract 37637 at 45 percent under paragraph 397; and (3) novelties in chief value of fur at 50 percent under paragraph 1519 (e), Abstract 41823 followed.

No. 44999.—Protest 24897–K of M. Pressner & Co. (New York).

Opinion by OLIVER, P. J.  It was stipulated that the merchandise consists of pipe kazoos in chief value of metal.  The claim at 45 percent under paragraph 397 was therefore sustained on the authority of Abstract 44122.

No. 45000.—Protest 902481–G of Wm. Shaland (New York).

Opinion by OLIVER, P. J.  It was stipulated that the merchandise consists of pipe kazoos in chief value of metal.  The claim at 45 percent under paragraph 397 was therefore sustained on the authority of Abstract 44122.